AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>JEREMIAH MARTEZ SUTTON<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   4:24 MJ 7038 SPM<br>)<br>)<br>)<br>) |

## SUPPRESSED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    January 28, 2024    in the county of    City of St. Louis    in the    Eastern    District of    Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841,846<br>18 U.S.C. 924(c), 2 | CT. 1- conspiracy to possess and possession with the intent to distribute a controlled substance<br>CT. 2- aiding and abetting the discharge of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

/S/ Michael T. Kegel, TFO FBI
*Complainant's signature*

Michael T. Kegel, Task Force Officer, FBI
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:    02/09/2024

*Judge's signature*

City and state:    St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*